**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6997**

─────────────

ROBERT MILLS,

                           Petitioner - Appellant,

    versus

UNITED STATES OF AMERICA; BLEDSOE, Warden,

                           Respondents - Appellees.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (CA-99-93-1)

─────────────

Submitted: September 30, 1999     Decided: October 8, 1999

─────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Robert Mills, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Mills appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See Mills v. United States, No. CA-99-93-1 (N.D.W. Va. July 7, 1999). The motion to expedite is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2